**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Warren S. Michael Jr.<br>                    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-13513 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ Rebecca A. Solarz, Esquire**
                                         Rebecca A. Solarz, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322 FAX (215) 627-7734