**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Warren S. Michael, Jr. | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bky No.  18-13513-ref |

# NOTICE

TO:    THE DEBTORS, TRUSTEE, U.S. TRUSTEE, and ALL CREDITORS and PARTIES OF INTEREST:

     Please take notice that Elizabeth A. Bartlow, attorney for the above debtors, has filed an Application with the U.S. Bankruptcy Court requesting Court approval of an attorney's fees of Four Thousand Dollars ($4,000.00) and costs of Three Hundred Eighty Five Dollars (385.00).  A copy of said Application is available for inspection upon request.

     If any creditor or party in interest wishes to file an Answer, Objection, or Request for Hearing, specifying why a hearing is necessary, the same may be filed with the Clerk of the Bankruptcy Court, Eastern District of PA, 900 Market Street, Suite 400, Philadelphia, Pennsylvania, 19107 with a copy served on the Attorney listed below, within twenty one (21) days of the date of this letter.  If no Answer, Objection or Request for Hearing is filed within that time, the Court may approve the Application.

Date:  October 26, 2018

/s/Elizabeth A. Bartlow, Esq.
Elizabeth A. Bartlow, Esq.
Attorney for Debtors
Attorney ID No:  73461
53 N. Duke Street, Suite 306
Lancaster, PA  17602
Telephone: (717) 299-5009
Facsimile:  (717) 299-5199