United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-13513-ref
Warren S Michael, Jr.                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Mar 21, 2019
                              Form ID: pdf900        Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db          +Warren S Michael, Jr.,    937 Maple Ave,    Lancaster, PA 17603-4818
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14113531     Brandi E. Steinbaecher,    Lancaster Green Apartments,    Lancaster, PA 17603
14171469    +Elizabeth A. Bartlow, Esq,    8 N. Queen Street,    Suite 700-H,    Lancaster, PA 17603-3878
14176417    +Lakeview Loan Servicing, LLC,    PO BOX 840,    Buffalo, NY 14240-0840
14113533    +Lakeview Loan Servicing, LLC,    c/o KML Law Group, P.C.,
              Suite 5000 - BNY Mellon Independence Cen,    701 Market Street,    Philadelphia, PA 19106-1538
14113536    +The Bureaus Inc,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
14162381     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
14113537    +Wf/home Pr,    Po Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2019 03:01:53     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 03:23:33
              The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14113532    +E-mail/Text: bankruptcy@cavps.com Mar 22 2019 03:01:50     Cavalry Portfolio Services,
              Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14167465    +E-mail/Text: bankruptcy@cavps.com Mar 22 2019 03:01:50     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14113534     E-mail/Text: camanagement@mtb.com Mar 22 2019 03:01:28     M & T Bank,    Attn: Bankruptcy,
              Po Box 844,    Buffalo, NY 14240
14113535    +E-mail/PDF: cbp@onemainfinancial.com Mar 22 2019 03:11:35     OneMain Financial,
              Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14161050    +E-mail/PDF: cbp@onemainfinancial.com Mar 22 2019 03:12:21     Onemain Financial Services, INC.,
              PO Box 3251,    Evansville, IN 47731-3251
14183522    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 22 2019 03:23:24
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14118977     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2019 03:01:34
              Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
              Harrisburg PA 17128-0946
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
         ELIZABETH A. BARTLOW    on behalf of Debtor Warren S Michael, Jr. elizabeth@bartlowlaw.com,
           r44610@notify.bestcase.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
```

```
District/off: 0313-4          User: dlv                Page 2 of 2              Date Rcvd: Mar 21, 2019
                              Form ID: pdf900          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT  WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

WARREN S MICHAEL, JR

                                                                    : Bankruptcy No. 18-13513REF
    Debtor(s)                                                       : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: March 21, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ELIZABETH A BARTLOW ESQ
8 N QUEEN STREET
SUITE 700-H
LANCASTER PA 17603-

WARREN S MICHAEL, JR
937 MAPLE AVE
LANCASTER, PA 17603